```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

JOSEPH VOLFMAN,

                           **Plaintiff,**

       **-against-**

**PERRY & HUDSON LLC, et al.,**

                        **Defendants.**

----------------------------------------------------------------X

**22-CV-10252 (PAE)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff reports that Defendants are not acting in good faith to finalize the parties' settlement agreement. See ECF No. 20. The parties are ORDERED to meet and confer in an effort to resolve this action without further judicial intervention. The parties are further ordered to file a joint status letter no later than July 14, 2023, updating the Court on the status of the parties' settlement agreement and its execution.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 30, 2023
             New York, New York