UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSEPH VOLFMAN,

       **Plaintiff,**         22-CV-10252 (PAE)(SN)

  -against-              <u>ORDER</u>

PERRY & HUDSON LLC, et al.,

       **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  A conference is scheduled for Monday, July 24, 2023, at 10:00 a.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The purpose of the conference is to discuss the parties' draft settlement agreement.

**SO ORDERED.**

                       SARAH NETBURN
                       United States Magistrate Judge

DATED:  July 17, 2023
       New York, New York