```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSEPH VOLFMAN,

                                               Plaintiff,                         22-CV-10252 (PAE)(SN)

          -against-                                                  **ORDER**

PERRY & HUDSON LLC, et al.,

                                             Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On July 24, 2023, the Court held a conference, at Plaintiff's request, at which Plaintiff failed to appear. See ECF Nos. 23, 24. At that conference, counsel for Defendants informed the Court that as of July 19, 2023, the settlement agreement had been executed by both parties.

**SO ORDERED.**

                                                                                    _/s/ Sarah Netburn_
                                                                                    SARAH NETBURN
                                                                                     United States Magistrate Judge

DATED:       July 24, 2023
                    New York, New York